# COMPLAINT CLAIM CHART

| US9009113 B1 Claim 27 | Tidal |
|---|---|
| 27. A computer implemented method for receiving commands from an artist to update a dynamic album at a user device that includes a set of songs stored in relation to and played by an artist specific application associated with the artist, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions that, when executed by |  <br><https://tidal.com/><br>Tidal has a method for receiving commands from an artist to update a dynamic album at a user device that includes a set of songs stored in relation to and played by an artist specific application associated with the artist.<br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| | |
|---|---|
| the one or more physical processors, cause the computer system to perform the method, the method comprising: | |

| US9009113 B1 Claim 27 | Tidal |
|---|---|
| receiving, by the computer system, from the artist, one or more commands that specify a change to be made to the dynamic album played at the user device through the artist specific application associated with the artist; | **My Mix**<br><br>My Mix is a personalized curated playlist of songs made especially for you.<br><br>Each My Mix is personalized to your specific listening habits. Our expert algorithm combs the TIDAL library to create the perfect mix for you based on your most recent listening patterns and the music saved to My Collection.<br><https://support.tidal.com/hc/en-us/articles/360000702697-My-Mix><br>The reference describes receiving from the artist, one or more commands that specify a change to be made to the dynamic album played at the user device through the artist specific application associated with the artist. |

| **US9009113 B1 Claim 27** | **Tidal** |
|---|---|
| generating, by the computer system, one or more album parameters used to change the dynamic album based on the one or more commands; and | Mixes will change gradually based on your activity. They will include your latest favorites and add tracks with similar vibes. My Mix features up to eight different curations based on the styles of music you stream. The more music you listen to, the more often your mixes are updated. Based on your listening habits, you will receive one to eight mixes.<br><br>Love today's My Mix? You can save it to your collection as a playlist, download it, and listen to it on-demand.<br><br>If you are new to TIDAL, you will start getting personalized My Mixes after you have listened to enough music for our algorithms to start to detect your music personality. Within a day or two of listening, you will see My Mixes start to appear.<br><br>You can find My Mix on your My Collection page.<br><https://support.tidal.com/hc/en-us/articles/360000702697-My-Mix><br>The reference describes generating one or more album parameters used to change the dynamic album based on the one or more commands. |

| **US9009113 B1 Claim 27** | **Tidal** |
|---|---|
| providing, by the computer system, the one or more album parameters to at least the user device remote from the computer system at which the artist specific application is installed, wherein the one or more album parameters cause the user device to change the dynamic album in association with the artist specific application without intervention by a | Mixes will change gradually based on your activity. They will include your latest favorites and add tracks with similar vibes. My Mix features up to eight different curations based on the styles of music you stream. The more music you listen to, the more often your mixes are updated. Based on your listening habits, you will receive one to eight mixes.<br><br>Love today's My Mix? You can save it to your collection as a playlist, download it, and listen to it on-demand.<br><br>If you are new to TIDAL, you will start getting personalized My Mixes after you have listened to enough music for our algorithms to start to detect your music personality. Within a day or two of listening, you will see My Mixes start to appear.<br><br>You can find My Mix on your My Collection page. |

| user of the user device. | <https://support.tidal.com/hc/en-us/articles/360000702697-My-Mix><br>The reference describes providing the one or more album parameters to at least the user device remote from the computer system at which the artist specific application is installed, wherein the one or more album parameters cause the user device to change the dynamic album in association with the artist specific application without intervention by a user of the user device. |
| --- | --- |