# Exhibit B



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/519,168 | 10/21/2014 | Sephi Joseph SHAPIRA | 029972-0434255 | 7434 |

909          7590          01/02/2015
Pillsbury Winthrop Shaw Pittman, LLP (NV)
PO Box 10500
McLean, VA 22102

| EXAMINER |
|---|
| VU, BAI DUC |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2165 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/02/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docket_ip@pillsburylaw.com
heather.marthers@pillsburylaw.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. 14/519,168 | Applicant(s) SHAPIRA, SEPHI JOSEPH |
|---|---|---|
| | Examiner Bai D. Vu | Art Unit 2165 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on *21 October 2014*.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL**.     2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☒ Claim(s) *1-30* is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _ is/are allowed.
7) ☐ Claim(s) ____ is/are rejected.
8) ☒ Claim(s) *1-30* is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☒ The specification is objected to by the Examiner.
11) ☒ The drawing(s) filed on *21 October 2014* is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a) ☐ All    b) ☐ Some**  c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
  ** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date *10/21/14*.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
4) ☐ Other: _____.

Application/Control Number: 14/519,168 Page 2
Art Unit: 2165

## DETAILED ACTION

1. The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

2. The instant application having Application No. 14/519,168 filed on 10/21/2014 is presented for examination by the examiner. Claims 1-30 are currently pending in the application.

### Drawings

3. The applicant's drawings filed on 10/21/2014 are acceptable for examination purpose.

### Information Disclosure Statement

4. The required by M.P.E.P. 609, the applicant's submission of the Information Disclosure Statements dated 10/21/2014 is acknowledged by the examiner and the cited references have been considered in the examination of the claims now pending.

### Abstract

5. Applicant is reminded of the proper language and format for an abstract of the disclosure.

The language should be clear and concise and should not repeat information given in the title. It should avoid using phrases which can be implied, such as, "The

disclosure concerns," "The disclosure defined by this invention," "The disclosure describes," etc.

## Specification

6. The specification is objected to because of the following informalities:

The application serial numbers in the Cross-References to Related Applications are missing from the specification filed on 10/21/2014. See 37 CFR 1.78 and MPEP § 201.11. Appropriate correction is required.

## Claim Objections

7. **Claims 1, 2, 14, 15, 27, 28 and 30** are objected to because of the following informalities:

The phrase "*an artist specific application*" on lines 8-9 of claims 1, 14 and 27 should be written as "*the artist specific application*".

The phrase "*a dynamic album*" on line 7 of claim 1, lines 6-7 of claim 14, line 8 of claim 27 should be written as "*the dynamic album*".

The phrase "*a user device*" on line 8 of claim 27 should be written as "*the user device*".

The phrase "*a first user device*" on lines 12-13 of claim 27 should be written as "*the user device*".

The phrase "*the first user device*" in claims 28 and 30 should be written as "*the user device*".

Application/Control Number: 14/519,168 Page 4
Art Unit: 2165

The phrase "*an artist*" on lines 1-2 of claims 2 and 15, and lines 3 and 7 of claim 27 should be written as "*the artist*".

The phrase "*The method of claim 26*" in line 1 of claim 28 should be written as "*The method of claim 27*".

Appropriate correction is required.

### *Allowable Subject Matter*

8. Claims 1, 2, 14, 15, 27, 28 and 30 would be allowable if rewritten to overcome the objections. The other dependent claims are objected as depended on the independent claims being objected.

### *Reasons for Allowance*

9. The following is an examiner's statement of reasons for allowance:

After conducting different searches in EAST, Google Scholar, IEEE and ACM Digital Library, it appears that none of prior arts discloses, teaches or fairly suggests the limitations of (<u>in combination withal other features</u> in the claim):

"*receiving, by the user device, one or more album parameters that specify a change to be made to a dynamic album that includes a plurality of songs, wherein the dynamic album is stored via information encoding the plurality of songs at the user device in association with an artist specific application that plays the dynamic album at the user device;*

*modifying, by the user device, the information encoding the plurality of songs based on the one or more album parameters to change the dynamic album without intervention by a user of the user device*" as recited in the independent claims 1 and 14; and

"*receiving, by the computer system, from an artist, one or more commands that specify a change to be made to a dynamic album played at a user device through an artist specific application associated with the artist;*

*generating, by the computer system, one or more album parameters used to change the dynamic album based on the one or more commands;*

*wherein the one or more album parameters cause the user device to change the dynamic album in association with the artist specific application without intervention by a user of the user device*" as recited in the independent claim 27.

### Contact Information

10. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bai D. Vu whose telephone number is (571) 270-1751. The examiner can normally be reached on Mon - Fri 8:30 - 5:00 EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Neveen Abel-Jalil can be reached on 571-272-4074. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published

Application/Control Number: 14/519,168 Page 6
Art Unit: 2165

applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Bai D. Vu/
Primary Examiner, Art Unit 2165
12/27/2014