UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ESCAPEX IP LLC,                                                         :
                                                                        :
                         Plaintiff,                                     :          22-CV-3575 (JMF)
                                                                        :
              -v-                                                       :          MEDIATION REFERRAL
                                                                        :                  ORDER
BLOCK, INC.,                                                            :
                                                                        :
                         Defendant.                                     :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In the Court's view, the parties should participate in mediation through the Court-annexed mediation program prior to a decision on the motion — mindful of the time it will take the Court to decide the motion and the time and expense involved in any litigation that would, if applicable, follow the Court's decision.  Accordingly, it is hereby ORDERED that this case is referred for mediation to the Mediation Program.  If any party objects to that referral, it shall file a letter explaining its objection **within three business days** of this Order.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: September 7, 2022
      New York, New York                                       _____
                                                                         JESSE M. FURMAN
                                                                        United States District Judge