UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

ESCAPEX IP LLC,

                     Plaintiff,

                    22-CV-3575 (JMF)

      -v-

                    ORDER

BLOCK INC.,

                     Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are directed to submit supplement briefs, not to exceed five pages each, by **January 6, 2023,** addressing the impact, if any, of this Court's decision in *Guvera IP Pty Ltd. v. Spotify, Inc.*, No. 21-CV-4544 (JMF), 2022 WL 4537999 (S.D.N.Y. Sept. 28, 2022).

    SO ORDERED.

Dated: December 21, 2022
       New York, New York

                                              JESSE M. FURMAN
                                     United States District Judge