## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EscapeX IP LLC, *Plaintiff*, v. Block, Inc., *Defendant*. | Civil Action No. 1:22-cv-03575-JMF |

### DEFENDANT BLOCK, INC.'S NOTION OF MOTION
### FOR ATTORNEY'S FEES UNDER 35 U.S.C. § 285

PLEASE TAKE NOTICE that, pursuant to 35 U.S.C. § 285 and Federal Rule of Civil Procedure 54(d), and upon the concurrently filed Memorandum of Law, Defendant Block, Inc. respectfully moves this Court for an Order finding this case exceptional and granting attorney's fees under 35 U.S.C. § 285, and for such other and further relief as the Court deems just, necessary, and proper.

- 1 -

- 2 -

Dated: February 8, 2023

Respectfully submitted,

By: /s/ *Daniel S. Block*
Daniel S. Block
Chandrika Vira
William H. Milliken
Sterne, Kessler, Goldstein & Fox, P.L.L.C.
1100 New York Avenue, N.W.
Suite 600
Washington, D.C. 20005
(202) 371-2600
dblock@sternekessler.com
cvira@sternekessler.com
wmilliken@sternekessler.com

*Counsel for Defendant Block, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 8, 2023.

/s/ *Daniel S. Block*
Daniel S. Block