UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EscapeX IP LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Block, Inc.,<br><br>   *Defendant*. | Case No: 1:22-cv-03575-JMF |

**DEFENDANT'S WITHDRAWAL OF MOTION FOR ATTORNEY FEES**

Defendant Block, Inc. ("Defendant"), by and through its counsel, submits the following Withdrawal of Motion for Attorney Fees and in support states as follows:

On January 24, 2023, the Court granted Defendant's Motion to Dismiss for Failure to Claim Patentable Subject Matter Under 35 U.S.C. § 101 and dismissed the First Amended Complaint. Dkt. 30. Judgement was entered on January 25, 2023. Dkt. 31. On February 8, 2023, Defendant filed a Motion for Attorney Fees Pursuant to 35 U.S.C. § 285 and supporting Memorandum and Declaration. Dkt. 32-34. The parties have since reached a resolution concerning the pending Defendant's Motion for Attorney Fees.

WHEREFORE, Defendant respectfully withdraws its Motion for Attorney Fees and the accompanying filings at Dkt. 32-34.

Dated this 21st day of March, 2023.

                By: /s/ Daniel S. Block
                Daniel S. Block
                Chandrika Vira
                William H. Milliken
                STERNE, KESSLER, GOLDSTEIN & FOX,
                P.L.L.C.

1100 New York Avenue, N.W.
Suite 600
Washington, D.C. 20005
(202) 371-2600
dblock@sternekessler.com
cvira@sternekessler.com
wmilliken@sternekessler.com

*Counsel for Defendant Block, Inc.*

Application GRANTED.  The Clerk of Court is directed to terminate ECF Nos. 32 and 39.

SO ORDERED.

March 22, 2023